COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00326-CR |
| Style: | Alexandro Jordan Bravo v. The State of Texas |
| Date motion filed*: | August 14, 2014 |
| Type of motion: | Third Motion for Extension of Time to File Reporter's Record |
| Party filing motion: | Court reporter |
| Document to be filed: | Reporter's Record |

If motion to extend time:

| | |
|---|---|
| Original due date: | June 9, 2014 |
| Number of extensions granted: | 2          Current Due date:  August 9, 2014 |
| Date Requested: | September 9, 2014 |

Ordered that motion is:

☑ Granted

    If document is to be filed, document due:

    ☑    No further extensions of time will be granted absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**On July 21, 2014, the Clerk of this Court granted the reporter's second motion for extension of time to file the record due to her having two other appeals to work on, but the reporter was not warned that no further extensions would be granted. Accordingly, the reporter's motion is granted, but we inform the reporter that no further extensions will be granted absent extraordinary circumstances. The reporter's record is to be filed no later than September 9, 2014.**

Judge's signature: /s/ Evelyn V. Keyes
                ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date:  August 19, 2014

November 7, 2008 Revision